# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YOLANDA WOODS,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant. | Case No. SACV14-01144 CJC (PJWx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff
2  Yolanda Woods' claims against Experian Information Solutions, Inc. ("Experian")
3  in the above-captioned matter are dismissed with prejudice.  Plaintiff Yolanda
4  Woods and Experian shall each bear her or its own costs and attorneys' fees.
5    IT IS SO ORDERED.

7  Dated:  December 23, 2014         _____
8                                     HON. CORMAC J. CARNEY